## Roberts v. Calhoun.

(Decided October 9, 1912.)

### Appeal from Pulaski Circuit Court.

Lost Record—Must Be Supplied by Proceeding in Circuit Court.—
Where a part of the record is lost and so cannot be copied into
the transcript, it should be supplied by a proceeding in the cir-
cuit court. It cannot be supplied in this court.

DENTON & FLIPPIN for appellant.

MORROW & MORROW for appellees.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—
On Motion to Supply Record.

A part of the record having been lost since the hear-
ing in the circuit court, it must be supplied by a proceed-
ing in that court as provided by the statute. It cannot
be supplied by a proceeding in this court but the case
here will be continued and time given for the supplying
of the record.

Case continued to January term. Gaboury v. Combs,
28 R., 443, 761.